Taylor M. Tieman (SBN: 305269)
Krohn & Moss, Ltd.
1112 Ocean Drive, 3rd floor
Manhattan Beach, CA 90266
ttieman@consumerlawcenter.com
Tel: (323) 988-2400
Fax: (866) 861-1390

Attorney for Plaintiff, SUSAN NASSAR

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR, | Case No.: 5:17-cv-00371 |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| CITIBANK, N.A., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SUSAN NASSAR, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: April 6, 2017                                KROHN & MOSS, LTD.

                                                                By:/s/ Taylor M. Tieman
                                                                Taylor M. Tieman, Esq.
                                                                Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/  Taylor M Tieman

Taylor M. Tieman, Esq.